# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| OLIVER ROYSTAN DUNBAR, | : |
| Petitioner, | : Civ. No. 17-1001 (KM) |
| v. | : |
| CHARLES GREEN, | : **MEMORANDUM AND ORDER** |
| Respondent. | : |

Petitioner, Oliver Roystan Dunbar, is a former immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Mr. Dunbar lists his address of record in this case at the Essex County Correctional Facility in Newark, New Jersey. On March 3, 2017, mail sent to Mr. Dunbar at his address of record by the Clerk was returned as undeliverable. Indeed, a review of the United States Immigration and Customs Enforcement online detainee locator system indicates that Mr. Dunbar is no longer in immigration detention. *See https://locator.ice.gov/odls/searchByAlienNumber.do* (last visited March 6, 2017).

As of today's date, Mr. Dunbar has not updated the Court with his new address in this case, in violation of Local Civil Rule 10.1. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being appraised of such change by filing a notice of said change with the Clerk."). Therefore, this Court will administratively terminate this case. Mr. Dunbar shall be given the right to reopen this matter if he provides this Court with an updated corrected address.

Accordingly, IT IS this 6th day of March, 2017,

ORDERED that the Clerk shall ADMINISTRATIVELY TERMINATE this matter for failure to comply with L. Civ. R. 10.1, with the right to re-open upon petitioner updating his contact information and satisfying the appropriate Rules.

_____
KEVIN MCNULTY
United States District Judge